IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **DONNA MARIE ROGUS** | ) | No. 14 B 37662 |
| | ) | |
| | ) | |
| Debtor(s). | ) | |

## PROOF OF SERVICE

TO:   See Attached

I, GINA B. KROL, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on September 8, 2016, by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

GINA B. KROL
COHEN & KROL
105 W. Madison, Ste 1100
Chicago, IL   60602
312-368-0300                                        BY:/s/ Gina B. Krol
                                                            Ch 7 Bankruptcy Trustee

Service List:

Discover Bank
DB Servicing Corporation
P.O. box 3025
New Albany, OH   43054-3025

American InfoSource, LP as agent for
TD Bank, USA
P.O. Box 248866
Oklahoma City, OK   73124-8866

Aspire Resources, Inc.
Obo US Dept of Eduction
6775 Vista Drive
West Des Moines, IA   50266

Capital Recovery V, LLC
c/o Recovery Mgmt Systems, Corp
25 SE 2nd Avenue, Ste 1120
Miami, FL   33131-1605

PYOD, LLC
Successors and assigns as
assignee of Citibank, NA
Resurgent Capital Services
P.O. Box 19008
Greenville, SC   29602

Joseph Michelotti
joe@michelottilaw.com

Office of the US Trustee
USTPRegion11.ES.ECF@usdoj.gov