# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ROGUS, DONNA MARIE | § | Case No. 14-37662 DRC |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 11,089.00
*(Without deducting any secured claims)*

Assets Exempt: 6,650.00

Total Distributions to Claimants: 7,862.30

Claims Discharged
Without Payment: 46,716.46

Total Expenses of Administration: 1,980.24

3) Total gross receipts of $ 9,842.54  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 9,842.54  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,980.24 | 1,980.24 | 1,980.24 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 44,399.55 | 41,541.95 | 41,541.95 | 7,862.30 |
| **TOTAL DISBURSEMENTS** | $ 44,399.55 | $ 43,522.19 | $ 43,522.19 | $ 9,842.54 |

4)  This case was originally filed under chapter 7 on  10/17/2014 .  The case was pending for 25 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  11/10/2016 _____          By:/s/GINA B. KROL _____
                                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Life Insurance Prudential | 1229-000 | 1,085.41 |
| Life Insurance Western & Southern Life | 1229-000 | 645.09 |
| Life Insurance Polish National Alliance | 1229-000 | 8,112.04 |
| TOTAL GROSS RECEIPTS | | $ 9,842.54 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA KROL | 2100-000 | NA | 1,734.25 | 1,734.25 | 1,734.25 |
| GINA KROL | 2200-000 | NA | 2.97 | 2.97 | 2.97 |
| ADAMS-LEVINE | 2300-000 | NA | 5.47 | 5.47 | 5.47 |
| ASSOCIATED BANK | 2600-000 | NA | 237.55 | 237.55 | 237.55 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,980.24 | $ 1,980.24 | $ 1,980.24 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America<br>P.O. Box 851001<br>Dallas, TX 75285 | | 3,750.97 | NA | NA | 0.00 |
| | Bill Me Later<br>P.O. Box 105658<br>Atlanta, GA 30348 | | 2,114.61 | NA | NA | 0.00 |
| | Capital One Visa<br>P.O. Box 30281<br>Salt Lake City, UT 84130 | | 5,392.28 | NA | NA | 0.00 |
| | Home Depot<br>P.O. Box 6497<br>Sioux Falls, SD 5117 | | 1,025.32 | NA | NA | 0.00 |
| | Target Card<br>P.O. Box 660170<br>Dallas, TX 75266 | | 753.63 | NA | NA | 0.00 |
| 000002 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-900 | NA | 993.04 | 993.04 | 187.94 |
| 000003 | ASPIRE RESOURCES INC | 7100-900 | 30,336.40 | 33,612.51 | 33,612.51 | 6,361.56 |
| 000004 | CAPITAL RECOVERY V, LLC | 7100-900 | NA | 4,302.43 | 4,302.43 | 814.29 |
| 000001 | DISCOVER BANK | 7100-900 | 1,026.34 | 1,307.26 | 1,307.26 | 247.41 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-900 | NA | 1,326.71 | 1,326.71 | 251.10 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$ 44,399.55** | **$ 41,541.95** | **$ 41,541.95** | **$ 7,862.30** |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page:   1

Exhibit 8

| Case No: | 14-37662 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|

Case Name:   ROGUS, DONNA MARIE

Date Filed (f) or Converted (c):   10/17/14 (f)

341(a) Meeting Date:   11/13/14

For Period Ending:   11/10/16

Claims Bar Date:   03/18/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. CHECKING ACCOUNT Chase Bank | 200.00 | 0.00 | | 0.00 | FA |
| 2. Household Goods | 500.00 | 0.00 | | 0.00 | FA |
|     Sofa, bed, bedding, kitchen items, tables, chairs, lamps, - used condition | | | | | |
| 3. CLOTHES | 250.00 | 0.00 | | 0.00 | FA |
| 4. Life Insurance Prudential (u) | 3,585.41 | 1,085.41 | | 1,085.41 | FA |
| 5. Life Insurance Western & Southern Life (u) | 645.09 | 645.09 | | 645.09 | FA |
| 6. Life Insurance Polish National Alliance (u) | 8,112.04 | 8,112.04 | | 8,112.04 | FA |
| 7. 2007 GMC Envoy | 3,825.00 | 0.00 | | 0.00 | FA |
| 8. 2014 Kia Forte | 9,664.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $26,781.54 | $9,842.54 | | $9,842.54 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Final hearing set for 9/30/16; Final distribution made on 9/30/16; awaiting clearance of same; TDR to follow

October 11, 2016, 01:04 pm

Sent TFR to US Tee for Review August 23, 2016, 01:47 pm

Trustee liquidated the cash surrender value of life insurance

October 08, 2015, 01:25 pm

Initial Projected Date of Final Report (TFR): 03/31/16      Current Projected Date of Final Report (TFR): 03/31/16

Ver: 19.06b

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 14-37662   DRC   Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| Case Name: | ROGUS, DONNA MARIE | Date Filed (f) or Converted (c): | 10/17/14 (f) |
| | | 341(a) Meeting Date: | 11/13/14 |
| | | Claims Bar Date: | 03/18/15 |

/s/   GINA B. KROL

_____   Date: 11/10/16

GINA B. KROL

Page:   1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-37662 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | ROGUS, DONNA MARIE | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7756  Checking Account |
| Taxpayer ID No: | *******2490 | | |
| For Period Ending: | 11/10/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/16/15 | 4, 5, 6 | Dianne M. Rogus 144 N. Euclid Ave. Villa Park, IL 60181 | Life Insurance | 1229-000 | 9,842.54 | | 9,842.54 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 9,832.54 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.15 | 9,818.39 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.60 | 9,803.79 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.10 | 9,789.69 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.55 | 9,775.14 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.53 | 9,760.61 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.04 | 9,746.57 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.49 | 9,732.08 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.00 | 9,718.08 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.45 | 9,703.63 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.43 | 9,689.20 |
| 02/18/16 | 030001 | ADAMS-LEVINE 370 Lexington Avenue Suite 1101 New York, NY 10017 | Acct #10BSBGR6291 | 2300-000 | | 5.47 | 9,683.73 |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.47 | 9,670.26 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.38 | 9,655.88 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.89 | 9,641.99 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.33 | 9,627.66 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.85 | 9,613.81 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.29 | 9,599.52 |
| 09/30/16 | 030002 | Gina Krol 105 W. Madison Street Suite 1100 Chicago, IL 60602 | Final Distribution | | | 1,737.22 | 7,862.30 |

| | Page Subtotals | 9,842.54 | 1,980.24 |
|---|---|---|---|

Ver: 19.06b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   2

Exhibit 9

| Case No: | 14-37662  -DRC | Trustee Name: | GINA B. KROL |
| Case Name: | ROGUS, DONNA MARIE | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7756  Checking Account |
| Taxpayer ID No: | *******2490 | | |
| For Period Ending: | 11/10/16 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Fees           1,734.25 | 2100-000 | | | |
| | | | Expenses          2.97 | 2200-000 | | | |
| 09/30/16 | 030003 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Final Distribution | 7100-900 | | 247.41 | 7,614.89 |
| 09/30/16 | 030004 | American InfoSource LP as agent for<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Final Distribution | 7100-900 | | 187.94 | 7,426.95 |
| * 09/30/16 | 030005 | Aspire Resources Inc<br>obo US Dept of Education<br>6775 Vista Drive<br>West Des Moines, IA 50266 | Final Distribution | 7100-903 | | 6,361.56 | 1,065.39 |
| 09/30/16 | 030006 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Final Distribution<br>(4-1) CARECREDIT/SYNCHRONY BANK | 7100-900 | | 814.29 | 251.10 |
| 09/30/16 | 030007 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Final Distribution | 7100-900 | | 251.10 | 0.00 |
| * 10/10/16 | 030005 | Aspire Resources Inc<br>obo US Dept of Education<br>6775 Vista Drive<br>West Des Moines, IA 50266 | Final Distribution | 7100-903 | | -6,361.56 | 6,361.56 |
| 10/10/16 | 030008 | ASPIRE RESOURCES, INC.<br>P.O. BOX 530308 | Final Distribution | 7100-900 | | 6,361.56 | 0.00 |

| | | | | Page Subtotals | 0.00 | 7,862.30 | |

Ver: 19.06b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

Case No:        14-37662 -DRC

Case Name:    ROGUS, DONNA MARIE

Taxpayer ID No:  *******2490

For Period Ending:  11/10/16

Trustee Name:          GINA B. KROL

Bank Name:             ASSOCIATED BANK

Account Number / CD #:   *******7756  Checking Account

Blanket Bond (per case limit):  $ 5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | ATLANTA, GA 30353-0308 | | | | | |

| | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | 9,842.54 | 9,842.54 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| Subtotal | | 9,842.54 | 9,842.54 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 9,842.54 | 9,842.54 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******7756 | 9,842.54 | 9,842.54 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 9,842.54 | 9,842.54 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          0.00

Ver: 19.06b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*